

FILED
OCT 28 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ELIAS KANE, AX-3761, | Case No.: 3:16-cv-0010-BEN-JLB |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | [Doc. No. 9] |
| R.J. DONOVAN STATE PRISON; R. GOMEZ; RAMSEY; BAROYA; PERFORMING STAFF, | |
| Defendants. | |

Jeffrey Elias Kane ("Plaintiff"), currently incarcerated at California Correctional Institution located in Tehachapi, California, is proceeding pro se in this civil rights action, which he initiated pursuant to 42 U.S.C. § 1983. At the time he filed his Complaint, Plaintiff did not prepay the $400 filing fee mandated by 28 U.S.C. § 1914(a); instead, he filed a Motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 2).

On February 23, 2016, the Court granted Plaintiff leave to proceed IFP, but dismissed his Complaint for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b). (Doc. No. 3). The Court further granted Plaintiff 45 days in which to file an Amended Complaint that addressed the deficiencies of pleading iden+tified by the

Court. *Id.*; *see also Lopez v. Smith*, 203 F.3d 1122, 1130-31 (9th Cir. 2000) (en banc) ("[A] district court should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured.") (citations omitted).

On April 1, 2016, Plaintiff filed his First Amended Complaint which the Court also dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b). (Doc. Nos. 4, 5). Plaintiff was again given 45 days to file an amended pleading. On June 24, 2016, however, Plaintiff filed a Motion for Extension of Time in which to amend (Doc. No. 7). The Court granted Plaintiff an extension of time to file his Second Amended Complaint and cautioned him that if he failed to file his Amended Complaint on or before **September 12, 2016**, the Court would enter a final Order of dismissal of this civil action without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and for failure to prosecute in compliance with a Court Order requiring amendment. (Doc. No. 8.)

That time has since passed and Plaintiff has failed to comply with the Court's Orders. Thus, the Court **DISMISSES** the entire action for failing to comply with a Court Order and for all the reasons set forth in the Court's May 11, 2016 Order.

The Clerk of Court shall enter judgment for the Defendants and close the file.

**IT IS SO ORDERED.**

Dated: 10/20/2016

Hon. Roger T. Benitez
United States District Judge